UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-128-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| ELSA TROCHEZ | ) | |

THIS COURT, having reviewed the Motion of the Defendant to redact reference to 8 U.S.C. § 1326(b)(2) in Count One of the Indictment in this matter;

AND finding good cause shown;

NOW, THEREFORE, it is hereby ordered, adjudged and decreed that any language referencing 8 U.S.C. § 1326(b)(2) is hereby deemed to be redacted from Count One of the indictment in this matter, as though never appearing within that provision.

This the _i/_ day of _May_ 2014.

_____
HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE